**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PETER SILLING & ASSOCIATES HOTEL INTERIOR DESIGN LTD. | ) | |
| Plaintiff, | ) | |
| vs. | ) | Civil Case No. 1:13-cv-01496-RC |
| CASTLETON HOTEL PARTNERS I, LLC, | ) | |
| Defendant. | ) | |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

In accordance with Fed. R. Civ. P. 7.1 and Local Civil Rule 7.1, plaintiff, Peter Silling & Associates Hotel Interior Design Ltd. ("PSA"), through its counsel, submits the following disclosure statement:

I, the undersigned, counsel of record for plaintiff, PSA, certify that to the best of my knowledge and belief, PSA is not a publically traded corporation, and is not a division of, nor a holder of shares of, any publicly traded corporation.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

PETER SILLING & ASSOCIATES
HOTEL INTERIOR DESIGN LTD.,

By: /s/ D. Margeaux Thomas

James Philip Head (DCB# 453130)
D. Margeaux Thomas (DCB# 986974)
WILLIAMS MULLEN, P.C.
8300 Greensboro Drive, Suite 1100

McLean, Virginia 22102
703-760-5200 (phone)
703-748-0244 (fax)
jhead@williamsmullen.com
mathomas@williamsmullen.com

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of October, 2013 a copy of the foregoing Disclosure of Corporate Affiliations and Financial Interests was mailed, first class, postage prepaid, to:

Castleton Hotel Partners I, LLC
Registered Agent: Bruce Bradley
2615 30th Street, NW
Washington, D.C. 20008

By: /s/ D. Margeaux Thomas
D. Margeaux Thomas