**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PETER SILLING & ASSOCIATES HOTEL INTERIOR DESIGN LTD.<br><br>Plaintiff,<br><br>vs.<br><br>CASTLETON HOTEL PARTNERS I, LLC,<br><br>Defendant. | Civil Case No. 1:13-cv-01496-RC |

## JOINT STATUS REPORT

COME NOW the Parties, by and through their undersigned counsel, to submit this joint status report to the Court pursuant to this Court's Order of January 6, 2014. Accordingly, the Parties state the following:

1. On October 15, 2013, the Parties filed an Agreed Order Extending Defendant's Time to Respond to Complaint until twenty-one (21) days after the mediation is completed which is required by Section 8.2 of the agreement between the Parties.

2. On October 15, 2013, this Court entered an Order granting the Parties' request.

3. The Parties are scheduled to attend mediation on January 20, 2014.

Dated: January 8, 2014

Respectfully Submitted,

/s/ James Philip Head
James Philip Head (DCB# 453130)
Williams Mullen
8300 Greensboro Drive, Suite 1100
McLean, Virginia 22102
Tel (703) 760-5200
Fax (703) 748-0244
E-mail: jhead@williamsmullen.com

/s/ Leonard S. Goodman
Leonard S. Goodman (DCB# 375934)
Venable LLP
575 7th St., NW
Washington, DC 20004
Tel (202) 344-4469
Fax (202) 344-8300
Email: lsgoodman@venable.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of January, 2014 a copy of the foregoing Joint Status Report was served pursuant to the Court's electronic filing procedures upon the following:

Leonard S. Goodman (DCB# 453130)
Venable LLP
575 7th St., NW
Washington, DC 20004
Tel (202) 344-4469
Fax (202) 344-8300
Email: lsgoodman@venable.com

By: /s/ James Philip Head
James Philip Head