**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PETER SILLING & ASSOCIATES HOTEL INTERIOR DESIGN LTD.<br><br>Plaintiff,<br><br>vs.<br><br>CASTLETON HOTEL PARTNERS I, LLC,<br><br>Defendant. | Civil Case No. 1:13-cv-01496-RC |

**DISMISSAL ORDER**

THIS DAY CAME the parties, by counsel, and represented to the Court that all matters in controversy herein have been settled and, on their joint motion, it is ORDERED that this action be dismissed, with prejudice, with the Parties to bear their own costs and attorneys' fees, it is therefore

ORDERED that this action is DISMISSED with prejudice, and the Clerk shall remove this action from the Court's active docket.

The Clerk is directed to send each counsel of record a certified copy of this Dismissal Order following its entry.

It is so ORDERED.

ENTERED this ___ day of February, 2014.

______________________________
U.S. District Court Judge

WE ASK FOR THIS:

/s/ James Philip Head
James Philip Head (DCB# 453130)
Williams Mullen
8300 Greensboro Drive, Suite 1100
McLean, Virginia 22102
Tel (703) 760-5200
Fax (703) 748-0244
E-mail: jhead@williamsmullen.com

/s/ Leonard S. Goodman
Leonard S. Goodman (DCB# 453130)
Venable LLP
575 7th St., NW
Washington, DC 20004
Tel (202) 344-4469
Fax (202) 344-8300
Email: lsgoodman@venable.com

24724922_1