**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FILED
FEB 20 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

PETER SILLING & ASSOCIATES HOTEL )
INTERIOR DESIGN LTD. )
)
)
Plaintiff, )
)
vs. ) Civil Case No. 1:13-cv-01496-RC
)
CASTLETON HOTEL PARTNERS I, LLC, )
)
Defendant. )
)
)

**DISMISSAL ORDER**

THIS DAY CAME the parties, by counsel, and represented to the Court that all matters in controversy herein have been settled and, on their joint motion, it is ORDERED that this action be dismissed, with prejudice, with the Parties to bear their own costs and attorneys' fees, it is therefore

ORDERED that this action is DISMISSED with prejudice, and the Clerk shall remove this action from the Court's active docket.

~~The Clerk is directed to send each counsel of record a certified copy of this Dismissal Order following its entry.~~ RC

It is so ORDERED.

ENTERED this 16th day of February, 2014.

U.S. District Court Judge